```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/26/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.O. and S.O., individually and on behalf of their child, S.O.,

                        Plaintiffs,

-against-                                    23 Civ. 1807 (AT)

NEW YORK CITY DEPARTMENT OF EDUCATION,      **ORDER**

                        Defendant.

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' stipulation and order of dismissal dated July 21, 2023. ECF No. 14. The parties state, in part, that "[t]he District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties." *Id*. at 1. The Court shall not retain jurisdiction for more than a year to enforce the settlement agreement. Accordingly, by **August 2, 2023**, the parties shall file a revised stipulation and order of dismissal.

       SO ORDERED.

Dated: July 26, 2023
       New York, New York

                                                                    ANALISA TORRES
                                                   United States District Judge